UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IOLANDA GOULD as representative of the Estate of Chantal Gould, ELIZABETH ROQUE as representative of the Estate of Dinasalia Medeiros, KENNEDY HOMEN and JAQUAN BUTLER, as next friend of minor KYMEIR BUTLER;<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., JOHN DOE 1 AND JOHN DOE 2,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:23-cv-11962 -RGS |

## ORDER AUTHORIZING DISCLOSURE OF ALL PHOTOGRAPHS KEPT BY THE OFFICE OF THE CHIEF MEDICAL EXAMINER REGARDING DINASALIA MEDEIROS AND CHANTEL GOULD

This matter, having come before the Court via AHM's Motion for Order Authorizing Disclosure of All Records Kept by the Office of the Chief Medical Examiner pursuant to 505 C.M.R. § 1.04 and the Court being otherwise satisfied by the premise:

IT IS HEREBY ORDERED that the Office of the Chief Medical Examiner is authorized to disclose all photographs maintained by its office relating to Dinasalia Medeiros and Chantel Gould.

IT IS FURTHER ORDERED that, when the photographs are released, the Office of the Chief Medical Examiner shall include the following statement: **Autopsy photographs are not**

1

public records and should not be disseminated or used for any purposes other than those authorized by the court order or by law.

IT IS SO ORDERED.

8-12-24

/s/ Richard G. Stearns
DISTRICT COURT JUDGE